

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00121-CV

**IN THE INTEREST OF D.R.T.S.**, a Child

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-02206
Honorable Kimberly Burley, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED June 29, 2022.

_____
Lori I. Valenzuela, Justice